KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00629-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>ECF No. 10 |

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A. ("BANA") hereby state and stipulate as follows:

1. On May 11, 2022, BANA filed a motion to dismiss. [ECF No. 7.]

2.  Currently, SFR's response is due May 25, 2022.

3. SFR requires additional time to adequately respond to the motion and the parties agree to extend SFR's time to file its respond to June 10, 2022.

4. The parties further agree BANA's time to file its reply be extended to June 24, 2022.

///

- 1 -

5. The parties represent this stipulation is not entered to cause delay or prejudice any party.

| Dated this 25th day of May, 2022 | Dated this 25th day of May, 2022. |
|---|---|
| **Akerman LLP** | **Hanks Law Group** |
| /s/ *Scott Lachman*<br>Scott Lachman, Esq.<br>Nevada Bar No. 12016<br>1635 Village Center Circle Suite 200<br>Las Vegas, NV 89134<br>*Counsel for Bank of America, N.A.* | /s/ *Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110 Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
June 1, 2022

