1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00629-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEUDLE RE MOTION TO DISMISS**<br><br>**[SECOND REQUEST]**<br><br>ECF No. 12 |
|---|---|

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A. ("BANA") hereby state and stipulate as follows:

  1.   On May 11, 2022, BANA filed a motion to dismiss. [ECF No. 7.]

  2.   Currently, SFR's response is due June 10, 2022.

  3.   The parties intend to discuss settlement which may alleviate the need for further briefing. As such, the parties agree to extend SFR's time to file its response to July 1, 2022.

  4.   The parties further agree BANA's time to file its reply be extended to July 20, 2022.

///

- 1 -



5. The parties represent this stipulation is not entered to cause delay or prejudice any party.

| Dated this 10th day of June, 2022 | Dated this 10th day of June, 2022. |
|---|---|
| **Akerman LLP** | **Hanks Law Group** |
| /s/ *Scott Lachman*<br>Scott Lachman, Esq.<br>Nevada Bar No. 12016<br>1635 Village Center Circle Suite 200<br>Las Vegas, NV 89134<br>*Counsel for Bank of America, N.A.* | */s/ Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110 Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 13, 2022