MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; DOES 1-10; and ROE BUSINESS ENTITIES 1-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00629-JAD-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO DISMISS COMPLAINT** <br><br> **(THIRD REQUEST)   ECF No. 20** |

SFR Investments Pool 1, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional five 5 days, up to and including Monday, **August 8, 2022**, to file its reply supporting its motion to dismiss complaint (ECF No. 7), which is currently due on August 3, 2022 (ECF No. 19).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{65461534;1}

This is the parties' third request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties are requesting this extension so they continue to discuss the possibility of settlement in this case and other pending cases.

DATED this 3rd day of August, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Chantel M. Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED**: August 3, 2022**

{65461534;1}